AccentCare, Inc. 17855 N. Dallas Parkway +1 (972) 201-3800 FEIN: 33-0848300

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| EVIS STEPHENS | AccentCare, Inc. | 000176900 | 10/23/2021 | 10/29/2021 | 11/04/2021 | 424 |

| | Gross Pay | Total Hours Worked | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 942.56 | 52.00 | 37.71 | 189.17 | | 715.68 |
| YTD | 26,020.09 | | 890.12 | 5,159.10 | | 19,970.87 |

**Earnings**

| Description | Dates | Hours | Units | Rate | Amount | YTD |
|---|---|---|---|---|---|---|
| Overtime1 | 10/23/21 - 10/29/21 | 12.0000 | | 24.3800 | 292.56 | 6,917.83 |
| Regular | 10/23/21 - 10/29/21 | 40.0000 | | 16.2500 | 650.00 | 18,415.32 |
| Bonus Ref EE | | | | | | 100.00 |
| Holiday Worked | | | | | | 316.94 |
| InService | | | | | | 180.00 |
| Orientation | | | | | | 90.00 |
| Totals | | | | | 942.56 | 26,020.09 |

**Employee Taxes**

| Description | Amount | YTD |
|---|---|---|
| OASDI | 58.44 | 1,613.25 |
| Federal Withholding | 43.01 | 1,369.60 |
| State Tax - NY | 40.36 | 1,096.04 |
| City Tax - NY | 28.27 | 551.88 |
| Medicare | 13.67 | 377.29 |
| New York Paid Famil | 4.82 | 133.04 |
| NY SDI - NYSDI | 0.60 | 18.00 |
| Totals | 189.17 | 5,159.10 |

**PreTax Deductions**

| Description | Amount | YTD |
|---|---|---|
| 401K | 37.71 | 890.12 |
| Totals | 37.71 | 890.12 |

**Post Tax Deductions**

| Description | Amount | YTD |
|---|---|---|
| Totals | | |

| | Federal | Work State |
|---|---|---|
| Marital Status | Married filing jointly (o | Married |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| NYAF14 Time Off Plan | 1.33 | 0 | 37.72 |
| EPP Sick Plan | 0 | 0 | 0 |

**Wage Parity Rates**

| | |
|---|---|
| Wage Parity Base Rate | 16.25 |
| Wage Parity Overtime Rate | 24.38 |
| PTO | 0.50 |
| Holidays, Differentials, Supplementals | 0.13 |
| 401(k) | 0.04 |
| Bereavement | 0.01 |
| 1199 Funds (Benefit and Education) | 2.16 |

AccentCare
Home Care • Hospice • Personal Care

AccentCare, Inc.
Suite 200
17855 North Dallas Tollway
Dallas, Texas 75287

5165145
Date 2021-11-04

| Bank Name | Account Number | Payment Amount |
|---|---|---|
| Chase | ******2798 | 715.68 |

EVIS STEPHENS
127-06 177th ST
JAMAICA, NY 11434

VOID

This is not a check