UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

EVIS NEVERLANE STEPHENS,

                Debtor.
-----------------------------------------------------------x

Chapter 13

Case No.: 21-42857-jmm

## ORDER PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AUTHORIZING MOVANT TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND THE EXAMINATION OF WITNESSES

Upon the *ex parte* motion [Dkt. No. 16] (the "Motion") filed on behalf of the above-captioned debtor (the "Movant") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an order authorizing the Movant to issue one or more subpoenas directing John Clark, Herkimer Realty One Inc., Maxine Bonaparte, Lez Antonio Woodburn, United American Title Agency, Anthony Onua, and Osmond Decoteau (the "Witnesses") to produce documents and to appear for examinations as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion; and after due deliberation and sufficient cause appearing therefore; it is

**ORDERED**, that the Movant is authorized to issue one or more subpoenas to compel the production of documents from a Witness and to compel a Witness to appear for examination; and it is further

**ORDERED**, that all subpoenas served pursuant to this Order shall be served in accordance with Rule 45 of the Federal Rules of Civil Procedure made applicable hereto by Bankruptcy Rule 9016 ("Rule 45") and shall be accompanied by a copy of this Order; and it is further

**ORDERED**, that subject to agreement between the Movant and a Witness, a Witness's time to produce documents requested by, to object to, to move to quash, or to otherwise respond to a

subpoena shall be the time set by Rule 45; and it is further

**ORDERED**, that within seven (7) days of service, the Movant shall file with the Court an affidavit or declaration of service for each subpoena Movant serves pursuant to this order; and it is further

**ORDERED**, that this Order is without prejudice to the Movant's right to file further motions seeking additional documents and testimony pursuant to Bankruptcy Rule 2004 or any other applicable law.



**Dated: Brooklyn, New York
February 24, 2022**

_____
**Jil Mazer-Marino
United States Bankruptcy Judge**