# Contract -Use and Occupancy Agreement
# For 127 06 177th Street Jamaica NY 11434

This agreement dated January 1, 2020 is between the **owner 12706 Holdings Inc and** the **occupants, Calvin Stephens, Evis Stephens, John Doe(s) and Jane Doe(s). The owner 12706 Holdings Inc has agreed to:**

**Sell** the property known as **12706 177th Street Jamaica NY 11434 Block: 12527 Lot: 0093**. to Calvin Stephens, Evis Stephens, John Doe(s) and Jane Doe(s) in Two Years and Three Months. This agreement is for Two Years and Three Months.

**NATURE OF OCCUPANCY:**

Calvin Stephens, Evis Stephens, John Doe(s) and Jane Doe(s) will occupy the property as licensee only and **not as Tenant**. The seller confirms and the occupants agrees that they do not have the rights as tenants as in Landlord and Tenant law.

**TERMS:**

From 1/1/2020 to 4/1/2022, Calvin Stephens, Evis Stephens, John Doe (s) and Jane Doe(s) will Occupy the property at unit 1 for a fee of $1500.00 each month. The fee is due on the 1st of Every month. Occupants will pay the Gas and Electric bill for Unit 1, $150.00 every three months for Water Bill in Unit 1. Washer and Dryer area must be kept clean and clutter free in the basement.

Basement will only have a Sofa, TV, pantry and closet. Basement will not be a storage space for boxes, barrels or any other items except items listed above. Any disregards for the rule will result in a fee in the amount of $1000.00. No storage in the boiler room. No allowing children to write on the walls, doors, closets or the walls, hook basketball hoops to any walls in the house. Areas must be kept clean in the house.

Empty rooms cannot be storage space. A bed, dresser or TV in rooms only.

Kitchen must be kept extremely clean. No grease on the walls or floors.

Living Room must be clutter free, Sofa, TV and dining furniture.

**NOTICE:**

The occupants will be responsible for all and any damages to the property that occurs during their stay.

The damages include the backyard. The shad will not be overstocked with items not used. No storage of unused items in the shad. No storage on the property, (backyard) The seller will

provide back yard furniture for the summer months. Shad must be able to store the lawn furniture.

The occupants must keep the front area of the property sweep clean, garbage in provided cans.

Garbage put on curbside on destinated days, including recyclable.

If the property 127 06 177th Street Jamaica NY 11434 is damage at any time the occupants will pay to repair or be prepared to move out. The occupants must call the owner for any repairs.

If the occupants cannot purchase the property at the end of the contract agreement, the Occupants agree to move out of property, 12706 177th Street Jamaica NY 11434 without argument in 30 (Thirty days) from the expiration of the agreement.

**The property 127 06 177th Street Jamaica NY 11434 has, new roof with new leaders' new kitchen, bathrooms. Hallway walls have been repaired and painted. Bathrooms has new vanities, toilets and painted. Walls have been repaired and painted. Bedrooms has been painted. New back yard fence and landscape cemented back yard. Front of house landscaped and painted. New three security Doors. New Shad 10 x 12.**

**Owner shall expect unit one to remain in the rehab condition during the agreement period. Including back yard. Property must be appraisable after two years and three months, if not the occupants must cure any damages to pass the appraisal or move out. The Stephens, John Doe(s) and Jane Doe(s) can move out at any time prior to the next month payment.**

**\*\*\*\* The damage sewage line has been repaired; lead water line has been replaced\*\*\*\*.**

**\*\*\*\* Please take note the rules must be followed. If not, the owner can demand you to move out of the property asap. \*\*\*\***

The signatures are acknowledgment of this agreement:

Lez Antonio Woodburn

*[signature]*

Evis Stephens

*[signature]*

Calvin Stephens

*[signature]*

Notary acknowledges the signatures of, Lez Antonio Woodburn, Evis Stephens, and Calvin Stephens on this

JONATHAN P. BROWN
Notary Public, State of New York
No. 01BR6369891
Qualified in Queens County
Commission Expires Nov 2022

*[signature]*

**RECEIPT** DATE 3/13/20 No. 571558

RECEIVED FROM CALVIN STEPHENS   $195.00

One hundred and ninety five — DOLLARS

FOR: CON Edison Deposit for service

| ACCOUNT | / | CASH | FROM CON EDISON TO |
| PAYMENT | 195 | CHECK / MONEY ORDER | |
| BAL. DUE | 0 | CREDIT CARD | BY Maxine Bonaparte |

A-2701 T-46800

---

**RECEIPT** DATE 4/10/2020 No. 571561

RECEIVED FROM Elvis Stephens   $300.00

Three hundred — DOLLARS

FOR: WATER BILL

| ACCOUNT | 758 50 | ✓ CASH | FROM WATER BILL TO |
| PAYMENT | 300 — | CHECK / MONEY ORDER | |
| BAL. DUE | 458 50 | CREDIT CARD | BY Maxine Bonaparte |

A-2701 T-46800

**RECEIPT** DATE 2/4/2020 No. 571551

RECEIVED FROM Elis Stephens  $1,500.00

One thousand and five hundred — DOLLARS

FOR: Use & occupancy for 12706 177th St. Jamaica NY 11434 February, 2020

FROM Feb 1 TO Feb 29, 2020

ACCOUNT: —
PAYMENT: 1500.00
BAL. DUE: —

☑ CASH
☐ CHECK
☐ MONEY ORDER
☐ CREDIT CARD

BY Maxine Bonaparte

A-2701 T-46800

---

**RECEIPT** DATE 3/10/20 No. 571557

RECEIVED FROM Elis Stephens  $500.00

Five hundred — DOLLARS

FOR: Use & occupancy for January, 2020

FROM _____ TO _____

ACCOUNT: —
PAYMENT: 500.00
BAL. DUE: 0

☐ CASH
☐ CHECK
☐ MONEY ORDER
☐ CREDIT CARD

BY Maxine Bonaparte

A-2701 T-46800