UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

        Evis Neverlane Stephens,

                     Debtor.
------------------------------------------------------------x

Chapter 13

Case No. 1-21-42857-jmm

## ORDER DIRECTING QUEENS COUNTY CLERK
## TO INDEX THE RESCISSION NOTICE

**UPON** the motion, dated May 20, 2022 [ECF No. 40], of Evis Neverlane Stephens (the "Debtor") seeking entry of an Order, pursuant to 11 U.S.C. § 105, 28 U.S.C. § 1334, and N.Y. Real Prop. Law § 265-a (McKinney 2022), directing the Queens County Clerk to index a notice of rescission pursuant to section 8(b) of N.Y. Real Prop. Law § 265-a (the "Rescission Notice") respecting the property located at 127-06 177th Street, Jamaica, New York 11434 (Block: 12527, Lot: 0093) (the "Property"); and good and sufficient notice of the Motion having been provided; and the Court having held a hearing on the Motion on June 28, 2022; and no opposition or responses to the Motion having been interposed; and good cause appearing therefor, it is hereby

**ORDERED**, that the Queens County Clerk is directed to record a copy of this Order and the Rescission Notice for the Property provided the Rescission Notice is in recordable form and subject to all applicable fees; and it is further

**ORDERED**, that nothing in this Order shall be construed as an adjudication of substantive rights respecting the Property and this Order's entry is without prejudice to any party's rights, remedies, or defenses; and it is further

**ORDERED**, that the Court may retain jurisdiction with respect to the implementation of this Order.



Dated: Brooklyn, New York
July 14, 2022

Jil Mazer-Marino
United States Bankruptcy Judge