UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                          Chapter 13

EVIS NEVERLANE STEPHENS                         Case No.: 21-42857-206


                        Debtor.
--------------------------------------------------------X

## AFFIRMATION IN FURTHER SUPPORT OF THE MOTION TO DISMISS

   Michael J. Macco, Chapter 13 Standing Trustee (the "Trustee") and trustee of the Bankruptcy estate of

EVIS NEVERLANE STEPHENS, , by Peter Corey, Esq., submits this affirmation in further support of the

pending motion to dismiss this chapter 13 case, dated, December 21, 2021.

   As of the date of this affirmation the following items are outstanding:

1. Amended plan to put in "to pay legal fee paid by Court Order;" and provide for 60 plan payment terms,

2. Proof post-petition (2) car payments and spouse "payments every month" being made from December
   2021-October 2023 when due,

3. Amended schedules A/B to list the proper account balance at the time of filing Chase account 2798
   ($1500.00),

4. 1,100.00 Trustee payments


Dated: Islandia, New York
       October 19, 2023                 */s/ Peter Corey*
                                        Peter Corey, Staff Attorney
                                        Michael J. Macco,
                                        Chapter 13 Standing Trustee
                                        2950 Express Drive South – Suite 109
                                        Islandia, New York 11749
                                        (631) 549-7900

**CERTIFICATE OF SERVICE
BY MAIL AND ELECTRONIC
SERVICE**

This is to certify that I, Saniyyah S. Greene, have this day served a true, accurate and correct copy of the within ***Affirmation in Further Support of Trustee's Motion to Dismiss,*** by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Evis Neverlane Stephens*
*127-06 177 Street*
*Jamaica, NY 11434*
*Debtor(s)*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*U.S. Federal Office Building*
*USTP.Region02.BR.TFRTDR@usdoj.gov*

*Karamvir Dahiya*
*karam@bankruptcypundit.com*
*Attorney for Debtor(s)*

*12706 Holdings Inc.*
*c/o Charles Wertman*
*charles@cwertmanlaw.com*
*Creditor(s)*

*AMIP Management &*
*Planet Home Lending LLC*
*c/o Friedman Vartolo LLP*
*Attn: Katherine Heidbrink*
*bkecf@friedmanvartolo.com*
*Creditor(s)*

This October 19, 2023

**/s/ Saniyyah S. Greene**
Saniyyah S. Greene, Paralegal
Office of the Standing Chapter 13 Trustee
Michael J. Macco, Esq.
2950 Express Drive South, Suite 109
Islandia, NY 11749
631-549-7908