UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re: Case No.: 21-42857-JMM

EVIS NEVERLANE STEPHENS, Chapter 13

Debtor.

---

**STIPULATION AND AGREED ORDER ALLOWING CLAIM OF NATIONAL GRID**

**WHEREAS**, on November 15, 2021, Evis Neverlane Stephens ("Debtor") filed a voluntary Chapter 13 petition in the Eastern District of New York (ECF No.1);

**WHEREAS**, National Grid was not listed as a creditor on the Debtor's schedules (ECF Nos. 9 and 15 );

**WHEREAS**, the deadline to file a proof of claim in this case is January 24, 2022 (ECF No.: 4);

**WHEREAS**, on May 9, 2022, the Debtor filed an adversary complaint against Maxine Bonaparte, Lez Antonio Woodburn, 12706 Holdings Inc., Charles Mester, Adversary Case 1-22-01037 (ECF No.: 33) ("Adversary Proceeding");

**WHEREAS**, National Grid is not a defendant in the Adversary Proceeding (AP ECF No.1);

**WHEREAS**, on October 16, 2023, the Debtor filed an Order to Show Cause Scheduling Hearing on Shortened Notice for the Motion of the Debtor Evis Neverlane Stephens requisitioning (1) Enjoying Con Edison from Disrupting the Electrical Supply, (2) Compelling the Utilities National Grid and Con Edison to Continue to Supply the Services, (3) Setting up a Separate Utility Meters for the Debtor, (4) Restraining Defendants form Interfering in any Manner Between the

Debtor and the Utility Companies, (5) Holding Maxine Bonaparte and Lez Antonio Woodburn in Contempt for Violation of Stay and for Tortious Interference with the Proeprty (sic) of the Estate, (6) Holding the Utilities in Contempt for Violation of Stay and Breach of Duty ("OTSC") (AP ECF No. 74).

**WHEREAS**, on October 17, 2023, the Court entered an order scheduling a hearing on the OTSC (AP ECF No. 76);

**WHEREAS**, on October 18, 2023, counsel for the Debtor, counsel for the Defendants and counsel for National Grid appeared before the Court on the OTSC;

**WHEREAS**, counsel for National Grid proposed that the Court entered an order, with full reservation of all rights of the issues captioned in the OTSC, that the Debtor and her family were authorized to reside in the first floor of the premises located at 12706 177th Street, Jamaica, New York 11434 (ECF No.:78);

**WHEREAS**, pursuant to the Court's directive, National Grid processed the order and a meter was installed and electricity was established in the Debtor's name;

**WHEREAS**, counsel for the Debtor, counsel for the Defendants and counsel for National Grid appeared before the Court on November 14, 2023 to provide a status update on the OTSC;

**WHEREAS**, counsel for National Grid requested permission to file a proof of claim for services provided to the Debtor pre-petition; and

**NOW, THEREFORE**, it is hereby stipulated, and consented and agreed to, by and between the undersigned counsel for the Debtor and National Grid as follows:

1. National Grid is permitted to file a proof of claim in this case;
2. Claim # 7 filed on November 15, 2023 by National Grid shall be deemed a timely filed claim;

3. This Stipulation and Agreed Order may be signed by the parties in counterpart originals, and facsimiles and electronic copies will be treated as originals, with the same force and effects as if fully and simultaneously signed on a single document.

Dated: December 1, 2023

*/s/Karamvir Dahiya*
Karamvir Dahiya, Esq.
DAHIYA LAW OFFICES LLC
Counsel for Evis Neverlane Stephens
75 Maiden Lane, Suite 606
New York, New York 10038
212-766-8000
karam@bankruptcypundit.com

December 1, 2023

*/s/Beth Ann Bivona*
Beth Ann Bivona, Esq.
BARCLAY DAMON LLP
Counsel for National Grid
The Avant Building, Suite 1200
200 Delaware Avenue
Buffalo, New York 14202
716-856-5500
bbivona@barclaydamon.com

SO ORDERED:

December ____, 2023

______________________________
Honorable Jill Mazer-Marino
United States Bankruptcy Judge