KARAMVIR DAHIYA

75 Maiden Lane Suite 606
New York, New York 10038
Tel: (646)420 9000
KARAMVIRDAHIYA@GMAIL.COM

July 6, 2024

**<u>CERTIFIED MAIL AND BY ELECTRONIC MAIL</u>**

Hon. Jil Mazer-Marino
Judge
US Bankruptcy Court East District of New York
271-C Cadman Plaza E # 1595
Brooklyn, NNY 11201

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408

Michael J. Macco Trustee
2950 Express Dr S
Ste 109
Islandia, NY 11749
mmacco@maccolaw.com

2024 JUL 31 A 9:33

Charles Wertman
Law Offices of Charles Wertman P.C.
100 Merrick Road
Suite 304W
Rockville Centre, NY 11570
Email: charles@cwertmanlaw.com

Charles L Mester
Charles L. Mester Esq.
225 West 34th Street
Ste 9th Floor
New York, NY 10122
917-608-6462
Fax : 212-991-9799
Email: cmester@charlesmester.com

Jordan M Smith
Akerman Senterfitt LLP
335 Madison Avenue
26th floor
New York, NY 10017
Email: jordan.smith@akerman.com

Ryan P. Mulvaney
Stevens & Lee
669 River Drive
Suite 201
Elmwood Park, NJ 07407
Email: ryan.mulvaney@stevenslee.com

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

Re: Case: *Evis Neverlane Stephens*, 21-42857, Adversary No. 22-01037
*Stephens v. Bonaparte et al.*

Dear Judge Mazer-Marino and Counsel's Named above:

Please be advised that I have been suspended from the practice of law by the Appellate Division, First Judicial Department, for three months and until further order of the Court, and therefore I will no longer be able personally to represent the above-captioned client, Ms. Evis Neverlane Stepehens, in the above-captioned matter. The clients have been advised of my suspension.

The client's name and address is as follows:

Evis Neverlane Stephens
12706 177th Street
Jamaica, NY 11434

Very truly yours,

Karamvir Dahiya