Return Date: 06-18-2026

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:

**Evis Neverlane Stephens,**

Case No. **21-42857-jmm**

Debtor(s) Chapter **13**

-----------------------------x

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, a hearing will be held at the U.S. Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 before the Honorable **Judge Mazer-Marino**, United States Bankruptcy Judge, to consider the motion for an order granting relief as follows:

**A.** Requesting a review of the attorney fees charged in this bankruptcy case.

**B.** Denial of Unreasonable Fees: A denial of the $50,000 in attorney fees currently being sought.

**C.** Cessation of Payments: An order preventing any further payment of funds to counsel beyond the amounts already paid, which include the $27,000 previously received.

**D.** Reimbursement: A reimbursement of a portion of the $27,000 already paid to counsel.

**Date of hearing:** June 18, 2026 **Time:** 11:00 am

***Parties may appear by phone or video conference.***

*All hearings before Judge Lord are held by phone or video. Parties will receive hearing instructions after completing registration on eCourt Appearances.

**Register for Hearing:** All parties must register 2-3 days prior to hearing on eCourt Appearances at *https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl.*

Responsive papers shall be filed with the bankruptcy court no later than seven (7) days prior to the hearing date set forth above.

**Dated:** 05/28/2026

**Signature:** [signature]

**Print name:** EVIS NEVERLANE STEPHENS
**Address:** 127-06 177th Street
Jamaica, NY 11434
**Phone:** 718-570-7318
**Email:** Evis.stephens@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:

**Evis Neverlane Stephens**

Case No. **21-42857-jmm**

Debtor(s) Chapter **13**

----------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

**TO THE HON. Judge Mazer-Marino, Bankruptcy Judge**

The undersigned makes this application in support of my motion for the relief stated in the Notice of Motion. In support of this motion, I hereby allege as follows:

I am the debtor in these bankruptcy proceedings and submit this application regarding my representation by counsel Karamvir Dahiya.

I entered into a retainer agreement with Mr. Karamvir Dahiya on or about May 2021. Since then, significant issues have arisen concerning communication, professional conduct, and legal fees. Specifically:

- Communication: Counsel has failed to respond to telephone calls, emails, and messages in a timely manner. He has also failed to explain court procedures, deadlines, and filings.

- Case Management: I was not kept informed of upcoming court dates. Furthermore, I was advised to file many of my documents without counsel's assistance.

- Conflicting Instructions: Mr. Karamvir Dahiya instructed me to contact the Trustee, Mr. Michael Macco, to determine which documents were required. However, upon doing so, the Trustee informed me that I must speak directly with my attorney.

- Fees and Billing: Counsel has failed to provide requested documentation or billing information. Additionally, I have identified requests for legal fees that appear unreasonable and were neither disclosed nor explained in advance.

- Professionalism: I have experienced very aggressive and disrespectful behavior from counsel.

WHEREFORE, I respectfully request that this court grant the relief requested in the motion and such other and further relief as the court deems just and proper.

Dated: 05/28/2026

Evis Stephens
Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:

**Evis Neverlane Stephens,**

Case No. **21-42857-jmm**

Debtor(s)

Chapter **13**
----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on 05.30.2026, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon ***[below specify the name and mailing address of each party served]***:

Karamvir Dahiya
Dahiya Law Offices LLC
75 Maiden Lane, Suite 606
New York, NY 10038

Michael J. Macco
United States Standing Bankruptcy Trustee
2950 Express Drive S
Suite 109
Islandia, NY 11749

Dated: 05.28.2026

Evis Stephens
Signature