UNITED STATES POSTAL SERVICE.

CAMBRIA HEIGHTS
22901 LINDEN BLVD
CAMBRIA HEIGHTS, NY 11411-9997
www.usps.com

05/28/2026 01:35 PM

TRACKING NUMBERS
9589 0710 5270 3372 3312 50
9589 0710 5270 3372 3312 74

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Love 2026 | 2 | $0.78 | $1.56 |
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| Islandia, NY 11749 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Sat 05/30/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3372 3312 50 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 9768 5266 9864 24 | | | |
| Total | | | $22.60 |
| Priority Mail® Flat Rate Env | 1 | | $12.90 |
| New York, NY 10038 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Sat 05/30/2026 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $5.30 |
| Tracking #: | | | |
| 9589 0710 5270 3372 3312 74 | | | |
| Return Receipt | | | $4.40 |
| Tracking #: | | | |
| 9590 9402 9768 5266 9864 17 | | | |
| Total | | | $22.60 |

Grand Total: $46.76

Debit Card Remit $46.76

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2026 JUN 17 P 2:02
RECEIVED

9589 0710 5270 3372 3312 74

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

New York, NY 10038

| | |
|---|---|
| Certified Mail Fee $5.30 | 0211 |
| $ $4.40 | 92 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $12.90 | 05/28/2026 |
| Total Postage and Fees $ $22.60 | |

Stamp: US POSTAL SERVICE CAMBRIA HEIGHTS POST OFFICE, NY 11411 MAY 28 2026

Sent To: Karamvir Dahiya

Street and Apt. No., or PO Box No.: 75 Maiden Lane, Suite 606

City, State, ZIP+4®: New York, NY 10038

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3372 3312 50

U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Islandia, NY 11749

| | |
|---|---|
| Certified Mail Fee $5.30 | 0211 |
| $ $4.40 | 92 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $12.90 | 05/28/2026 |
| Total Postage and Fees $ $22.60 | |

Stamp: US POSTAL SERVICE CAMBRIA HEIGHTS POST OFFICE, NY 11411 MAY 28 2026

Sent To: Michael J. Macco

Street and Apt. No., or PO Box No.: 2900 Express Drive S Suite 109

City, State, ZIP+4®: Islandia, NY 11749

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

Gmail

Marcia Stephens <marci18step@gmail.com>

# Fw: Good Day Mr Dahiya

1 message

Jillen Stephens <jillenstephens@ymail.com>
Reply-To: Jillen Stephens <jillenstephens@ymail.com>
To: Marcia Stephens <marci18step@gmail.com>

Tue, May 26, 2026 at 1:18 PM

Yahoo Mail: Search, Organize, Conquer

Attorney not explaining case clearly. When asked would always give short responses and I'm left lost.

----- Forwarded Message -----
**From:** "Jillen Stephens" <jillenstephens@ymail.com>
**To:** "karam@dahiya.law" <karam@dahiya.law>
**Sent:** Wed, May 25, 2022 at 7:26 AM
**Subject:** Re: Good Day Mr Dahiya
Ok Thank you

Sent from Yahoo Mail on Android

On Tue, May 24, 2022 at 9:56 PM, KARAMVIR DAHIYA
<karam@dahiya.law> wrote:

IGNORE NOTHING TO EXPLAIN...READ IT....ONE OF THE BROOKLYN HOUSE...IT WAS ALREADY SOLD LONG TIME BACK, IT HAS NOTHING TO DO...WITH THE CASE.

Regards,

Karamvir Dahiya

Dahiya Law Offices LLC
75 Maiden Lane Suite 606
New York NY 10038
Tel: 212 766 8000
Cell: 646 420 9000

On May 24, 2022, at 3:09 PM, Jillen Stephens <jillenstephens@ymail.com> wrote:

Can you kindly please explain what this means? Thank you<image0.jpeg><image1.jpeg><image2.jpeg><image3.jpeg><image4.jpeg><image5.jpeg><image6.jpeg>

Sent from my iPad

Gmail

Marcia Stephens <marci18step@gmail.com>

# Fw: ASAP take it to the Queens County Clerk and give them the attached notice

3 messages

**evis stephens** <evis.stephens@yahoo.com> Tue, May 31, 2022 at 8:46 AM
Reply-To: evis stephens <evis.stephens@yahoo.com>
To: marcia stephens <marci18step@gmail.com>

This Message was sent to me to get work done. My daughters and I did other work apart from this.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "evis stephens" <evis.stephens@yahoo.com>
**To:** "Jillen Stephens" <jillenstephens@ymail.com>
**Sent:** Tue, May 31, 2022 at 8:45 AM
**Subject:** Fw: ASAP take it to the Queens County Clerk and give them the attached notice

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "evis stephens" <evis.stephens@yahoo.com>
**To:**
**Sent:** Tue, May 31, 2022 at 8:45 AM
**Subject:** Fw: ASAP take it to the Queens County Clerk and give them the attached notice

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Karamvir Dahiya" <karam@dahiya.law>
**To:** "Denrick Cooper" <cooperlegal@aol.com>, "evis stephens" <evis.stephens@yahoo.com>, "Jillen Stephens" <jillenstephens@ymail.com>
**Sent:** Fri, May 27, 2022 at 5:52 PM
**Subject:** ASAP take it to the Queens County Clerk and give them the attached notice

**Ms. Stephens if you want to save your house, asap, print out everything and take it to the county clerk Queens one and file the notice of rescission and also serve a copy upon the clerk. I am told that they are about the sell the house to third party, it would be too late...**

**Regards,**

**Karamvir Dahiya**

--
DAHIYA LAW OFFICES LLC
Attorneys
75 Maiden Lane Suite 606
New York, New York 10038
Tel: 212-766 8000 Cell: 646 420 9000
karam@dahiya.law

**5 attachments**

Gmail

Marcia Stephens <marci18step@gmail.com>

# Fw: ASAP take it to the Queens County Clerk and give them the attached notice

3 messages

**evis stephens** <evis.stephens@yahoo.com>
Reply-To: evis stephens <evis.stephens@yahoo.com>
To: marcia stephens <marci18step@gmail.com>

Tue, May 31, 2022 at 8:46 AM

This Message was sent to me to get work done.
My daughters and I did other work apart from this.

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "evis stephens" <evis.stephens@yahoo.com>
**To:** "Jillen Stephens" <jillenstephens@ymail.com>
**Sent:** Tue, May 31, 2022 at 8:45 AM
**Subject:** Fw: ASAP take it to the Queens County Clerk and give them the attached notice

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "evis stephens" <evis.stephens@yahoo.com>
**To:**
**Sent:** Tue, May 31, 2022 at 8:45 AM
**Subject:** Fw: ASAP take it to the Queens County Clerk and give them the attached notice

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Karamvir Dahiya" <karam@dahiya.law>
**To:** "Denrick Cooper" <cooperlegal@aol.com>, "evis stephens" <evis.stephens@yahoo.com>, "Jillen Stephens" <jillenstephens@ymail.com>
**Sent:** Fri, May 27, 2022 at 5:52 PM
**Subject:** ASAP take it to the Queens County Clerk and give them the attached notice

**Ms. Stephens if you want to save your house, asap, print out everything and take it to the county clerk Queens one and file the notice of rescission and also serve a copy upon the clerk. I am told that they are about the sell the house to third party, it would be too late...**

Regards,

Karamvir Dahiya

--

DAHIYA LAW OFFICES LLC
Attorneys
75 Maiden Lane Suite 606
New York, New York 10038
Tel: 212-766 8000 Cell: 646 420 9000
karam@dahiya.law

**5 attachments**

EVIS STEPHENS
12706 - 177TH ST.
JAMAICA, NY 11434-3307

1-2/210 47175

No. 780

DATE 7.13.21

Pay to the order of Dahiya Law Group LLC $ 3000.00/xx

Three thousand. 00/xx DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Attorney

Evis Stephens MP

⑆021000021⑆ [redacted] 2798⑈0780

---

EVIS STEPHENS
12706 - 177TH ST.
JAMAICA, NY 11434-3307

1-2/210 47175

No. 778

DATE 6-8-21

Pay to the order of Dahiya Law offices LLC $2000.00

Two Thousand DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Attorney

Evis Stephens MP

⑆021000021⑆ [redacted] ⑈0778

---

EVIS STEPHENS
12706 - 177TH ST.
JAMAICA, NY 11434-3307

1-2/210 47175

No. 776

DATE 5/26-21

Pay to the order of Dahiya Law Offices LLC $ 7000.00

Seven thousand DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Attorney

Evis Stephens MP

⑆021000021⑆ [redacted] ⑈0776

CHASE

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**

**CASHIER'S CHECK**

**Customer Copy**

9878443021

07/21/2023

Void after 7 years

**Remitter:** EVIS STEPHENS

$** 556.00 **

**Pay To The Order Of:** CARLOS CUEVAS

CHASE

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
    - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**

**CASHIER'S CHECK**

**Customer Copy**

9878443020

07/21/2023

Void after 7 years

**Remitter:** EVIS STEPHENS

$** 556.00 **

**Pay To The** SEAN C SOUTHARD

CHASE

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
  - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
  - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
  - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
  - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**

**CASHIER'S CHECK**

**Customer Copy**

9780630913

06/26/2023

Void after 7 years

**Remitter:** CALVIN STEPHENS

$** 7,500.00 **

**Pay To The Order Of:** KARAM DAHIYA

CHASE

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned" if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to prevent this from occurring
    - In most cases, the funds will be considered "abandoned" before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check or for any other information about this item

**FOR YOUR PROTECTION SAVE THIS COPY**

**CASHIER'S CHECK**

**Customer Copy**

9878442746

06/23/2023

Void after 7 years

**Remitter:** EVIS STEPHENS

$** 7,500.00 **

**Pay To The Order Of:** KARAM DAHIYA

Fill in this information to identify the case:

Debtor 1 21-42857

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: Eastern District of New York

Case number 21-42857

Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Dahiya Law Offices LLC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ______

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ______

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name: Dahiya Law Offices LLC
Number Street: 75 Maiden Lane Suite 606
City: New York State: NY ZIP Code: 10038
Contact phone 2127668000
Contact email karam@dahiya.law

**Where should payments to the creditor be sent?** (if different)

Name ______
Number Street ______
City ______ State ______ ZIP Code ______
Contact phone ______
Contact email ______

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) ______ Filed on ______ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ______

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

This was not explained and was rushed to sign it.

**7. How much is the claim?** $ 50,000.00. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Attorney's fees

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** ____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ☐ No
- ☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $________ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☑ I am the creditor.
- ☐ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 12/05/2022
MM / DD / YYYY

/s/karamvirdahiya
Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Karamvir (First name) ____ (Middle name) Dahiya (Last name) |
| Title | ________ |
| Company | Dahiya Law Offices, LLC<br>Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | 75 Maiden Lane Suite 606 (Number Street)<br>New York (City) NY (State) 10038 (ZIP Code) |
| Contact phone | 212 766 8000 |
| Email | ________ |

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $________ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $________ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $________ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 12/05/2022
MM / DD / YYYY

/s/karamvirdahiya
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Karamvir (First name) — (Middle name) Dahiya (Last name)

Title:

Company: Dahiya Law Offices, LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 75 Maiden Lane Suite 606 (Number Street)
New York (City) NY (State) 10038 (ZIP Code)

Contact phone: 212 766 8000 Email:

Consented → Eric Stephens